IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

ANTHONY MARCHAN                                                              PLAINTIFF

VS.                                    CASE NO. 04-CV-1124

ROGER EARL GANN                                                              DEFENDANT

### ORDER

Before the Court is a Motion to Remand filed on behalf of the Plaintiff Anthony Marchan. (Doc. No. 12). Plaintiff asks the Court to remand this action back to state court in light of the fact that Plaintiff has amended his Complaint limiting the amount of his damages to less than $75,000. Upon consideration, the Court finds that it lacks jurisdiction of this matter in that the amount in controversy does not exceed $75,000, the jurisdictional amount necessary for diversity jurisdiction in federal court. *See* 28 U.S.C. §1332. Therefore, Plaintiff's Motion to Remand should be and hereby is **granted**. The matter is hereby remanded to the Circuit Court of Columbia County, Arkansas for a proper adjudication of the issues in the case.

IT IS SO ORDERED, this 3rd day of February, 2006.

                           /s/Harry F. Barnes
                          Hon. Harry F. Barnes
                          United States District Judge